UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JONATHON PLOUET** | **CIVIL ACTION NO. 6:10-cv-1928** |
| **VS.** | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN, LAFAYETTE PARISH CORRECTIONS CENTER** | **MAGISTRATE JUDGE HANNA** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 3rd day of June, 2011.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

Case 6:10-cv-01928-TLM-PJH   Document 10   Filed 06/03/11   Page 2 of 2 PageID #:  58